# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CASEY RAY CULP,<br><br>Defendant. | Case No. CR 20-02-H-SEH<br><br>**ORDER** |

On April 2, 2020, United States Magistrate Judge John T. Johnston entered Findings and Recommendations Concerning Plea.[1] No objections were filed. Judge Johnston's Findings and Recommendations are reviewed for clear error.[2]

Upon *de novo* review of the record, and consideration of the Plea Agreement tendered under Federal Rule of Criminal Procedure 11, I find no clear error in Judge Johnston's Findings and Recommendations and adopt them in full.

---

[1] Doc. 12.

[2] *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

ORDERED:

Defendant's Motion to Enter Guilty Plea[3] is GRANTED. The Court accepts Defendant's plea of guilty to Count I of the Indictment and the Defendant is adjudged guilty of such offense.

All parties shall appear before this Court for sentencing as directed.

DATED this 17th day of April, 2020.

Sam E. Haddon
United States District Judge

---

[3] Doc. 7.